UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
|
|
SHANNON ARGUE #180822,             | Case No. 1:08-cv-186
|
Plaintiff,            | HONORABLE PAUL L. MALONEY
|
v.                | Magistrate Judge Carmody
|
CURRENT MDOC SPECIAL ACTIVITIES DIRECTOR, |
in his official capacity alone,    |
|
Defendant.            |
|
_____

## JUDGMENT

Final judgment is hereby entered in favor of all the defendants and against the plaintiff.

**IT IS SO ORDERED this 12th day of September 2011.**

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge