UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHANNON ARGUE #180822, | Case No. 1:08-cv-186 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Carmody |
| CURRENT MDOC SPECIAL ACTIVITIES DIRECTOR, in his official capacity alone, | |
| Defendant. | |

## JUDGMENT

Final judgment is hereby entered in favor of all the defendants and against the plaintiff.

**IT IS SO ORDERED this 12th day of September 2011.**

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge